

United States District Court
Eastern District of California

| Latanya Ri'Chard |
|---|
| Plaintiff(s) |

V.

| Only What You Need, Inc. d/b/a Owyn, |
|---|
| Defendant(s) |

Case Number: 1:24-cv-01051

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sara J. Watkins hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Latanya Ri'Chard

On 11/06/2018 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/25/2024    Signature of Applicant: /s/ Sara J. Watkins

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sara J. Watkins |
| Law Firm Name: | Robert Peirce & Associates, P.C. |
| Address: | 707 Grant Street |
| | Suite 125 |
| City: | Pittsburgh   State: PA   Zip: 15219 |
| Phone Number w/Area Code: | (412) 281-7229 |
| City and State of Residence: | Pittsburgh Pennsylvania |
| Primary E-mail Address: | swatkins@peircelaw.com |
| Secondary E-mail Address: | mrossi@peircelaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Robert Mackey |
| Law Firm Name: | Law Offices of Robert Mackey |
| Address: | 16320 Murphy Road |
| City: | Sonora   State: CA   Zip: 95370 |
| Phone Number w/Area Code: | (412) 370-9110   Bar # 125961 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/26/24

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT