Sara J. Watkins, Esquire (PA Bar 325770)*
Email: swatkins@peircelaw.com
D. Aaron Rihn, Esquire (PA Bar 85752)*
Email: arihn@peircelaw.com
**ROBERT PEIRCE & ASSOCIATES, P.C.**
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Tel: (412) 281-7229
Fax: (412) 281-4229
*Admitted Pro Hac Vice

*Counsel for Plaintiff and the Proposed Class*

**[Additional counsel appear on signature page]**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATAYNA RI'CHARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC. d/b/a OWYN,<br><br>Defendant. | Case No.: 1:24-CV-01051-SKO<br><br>**UNOPPOSED MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

Plaintiff, Latayna Ri'chard, by and through her undersigned counsel, hereby file the within Motion to Continue the Initial Scheduling Conference:

1. On September 4, 2024, Plaintiff, Latayna Ri'Chard filed a class action complaint against Defendant Only What You Need, Inc. d/b/a OWYN (hereinafter "Defendant" or "OWYN") under California's Business & Professional Code (Cal. Bus. & Prof. Code), specifically Cal. Bus. & Prof. Code §§ 17200 *et seq.* and Cal. Bus. & Prof. Code §§ 17500 *et seq.*,; California's Civil Code (Cal. Civ. Code), specifically § 1750 et seq.; Common law Fraud; and warranties regarding Defendant's deceptive trade practices of its manufacture and sale of numerous protein products including their "non-dairy protein shake."

2. On December 12, 2024, Defendant filed an Answer to Plaintiff's Complaint.

3. By Order dated December 9, 2024, the Court scheduled its Initial Case Management Conference for January 23, 2025.

4. Due a scheduling conflict with Plaintiff's local counsel and the Parties needing more time to meet and confer regarding their Joint Scheduling Report, Plaintiff is hereby respectfully requesting that the January 23, 2025 Initial Case Management Conference be continued to any of the following dates should the Court so be available: February 6, 13, or 20, 2025.

5. The Parties have met and conferred, and Defendant does not oppose this request.

WHEREFORE, Plaintiff, Latayna Ri'chard, hereby respectfully moves this Honorable Court to continue the Initial Case Management Conference.

DATED: January 16, 2025                    Respectfully submitted,

                                           By: */s/ Sara J. Watkins*

Sara J. Watkins, Esquire

Daniel C. Levin , Esquire*
Charles E. Schaffer, Esquire*
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
Email: dlevin@lfsblaw.com
Email: cschaffer@lfsblaw.com

Nicholas Migliaccio, Esquire*
**MIGLIACCIO & RATHOD LLP**
412 H Street N.E., Suite 302
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
Email: nmigliaccio@classlawdc.com

Robert Mackey, Esquire
**LAW OFFICES OF ROBERT MACKEY**
16320 Murphy Road
Sonora, CA 95370
Tel: (412) 370-9110
Email: bobmackeyesq@aol.com

*Counsel for Plaintiff and the Proposed Class*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, a true and correct copy of the foregoing was filed and served through CM/ECF to all parties of record.

          */s/ Sara J. Watkins*
          Sara J. Watkins, Esquire
          Counsel for Plaintiff and the Proposed Class