Robert Mackey, Esquire
16320 Murphy Road
Sonora, CA 95370
Tel: (412) 370-9110
Email: bobmackeyesq@aol.com

*Counsel for Plaintiff and the Proposed Class*

**[Additional counsel appear on signature page]**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATAYNA RI'CHARD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONLY WHAT YOU NEED, INC. d/b/a OWYN,<br><br>Defendant. | Case No.: 1:24-CV-01051-SKO<br><br>**NOTICE OF ANTICIPATED DISMISSAL** |

Plaintiff Latayna Ri'chard has advised Plaintiff's counsel that she no longer wishes to pursue her claims in this manner. Plaintiff's counsel have advised Defendant's counsel of same by email but have not yet received a response from Defendant's counsel. Plaintiff's counsel anticipates filing a stipulation of dismissal for this case and thus do not believe that schedule should be entered by the Court.

1

2

3  DATED: February 27, 2025                    Respectfully submitted,

4

5                                              By: */s/ Robert Mackey*
                                               Robert Mackey, Esquire
6                                              16320 Murphy Road
                                               Sonora, CA 95370
7                                              Tel: (412) 370-9110
8                                              Email: bobmackeyesq@aol.com

9                                              Sara J. Watkins, Esquire (PA Bar
10                                             325770)*
                                               D. Aaron Rihn, Esquire (PA Bar 85752)*
11                                             ROBERT PEIRCE & ASSOCIATES,
                                               P.C.
12                                             707 Grant Street, Suite 125
                                               Pittsburgh, PA 15219
13                                             Tel: (412) 281-7229
                                               Fax: (412) 281-4229
14                                             Email: swatkins@peircelaw.com
15                                             Email: arihn@peircelaw.com

16                                             Daniel C. Levin , Esquire*
17                                             Charles E. Schaffer, Esquire*
                                               Levin Sedran & Berman
18                                             510 Walnut Street, Suite 500
19                                             Philadelphia, PA 19106
                                               Tel: (215) 592-1500
20                                             Fax: (215) 592-4663
21                                             Email: dlevin@lfsblaw.com
                                               Email: cschaffer@lfsblaw.com
22

23                                             Nicholas Migliaccio, Esquire*
24                                             Migliaccio & Rathod LLP
                                               412 H Street N.E., Suite 302
25                                             Washington, DC 20002
26                                             Tel: (202) 470-3520
                                               Fax: (202) 800-2730
27                                             Email: nmigliaccio@classlawdc.com

28

1

2
                        *Counsel for Plaintiff and the Proposed

3
                        *Class*

4

5
                        *\*Admitted Pro Hac Vice*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE REGARDING ANTICIPATED DISMISSAL– CASE NO. 1:24-CV-01051-SKO

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I caused a true and correct copy of the foregoing to be electronically filed via this Court's CM/ECF System, which will serve all counsel of record.

By: By: */s/ Robert Mackey*