**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LATANYA RI'CHARD**, <br><br> Plaintiff, <br><br> v. <br><br> **ONLY WHAT YOU NEED, INC.**, <br><br> Defendant. | No. 1:24-cv-01051-KES-SKO <br><br> **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** <br><br> **(Doc. 28)** |

On March 4, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 28.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 5, 2025**                     */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE